UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 1:07-cr-00126-SEB-KMB |
| v. | ) | and |
| | ) | No. 1:21-cr-00139-SEB-TAB |
| | ) | |
| RANDY GELLINGER, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

The Parties appeared on October 2, 2023, before United States Magistrate Judge Kellie M. Barr for a hearing on the Petitions for Warrant or Summons for Offender under Supervised Release filed on September 26, 2023. Defendant Randy Gellinger appeared in person and by counsel William Dazey of the Federal Community Defenders. Government represented by Assistant United States Attorney Bradley Shepard. United States Probation Office represented by James Thomas.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with copies of the petitions. Defendant orally waived his right to a probable cause hearing.

2. After being placed under oath, Defendant admitted violation number 1. [Case No. 1:07-cr-00126-SEB-KMB, Dkt. 153; Case No. 1:21-cr-00139-SEB-TAB, Dkt. 46.] Government orally moved to dismiss the remaining violation without prejudice (numbers 2), which motion was granted by the Court.

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

**Violation Number**     **Nature of Noncompliance**

1. "You shall report to the probation office in the federal judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons."

    On May 20, 2023, Mr. Gellinger was released from the Hendricks County, Indiana, Jail and directed to make contact with the United States Probation Officer immediately. His whereabouts were unknown until his arrest on July 5, 2023, on active warrants from the Hendricks County, Indiana, Probation and U.S. Probation Office.

4. The Parties stipulated that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is IV in Case No. 1:07-cr-00126-SEB-KMB-1 and category III in Case No. 1:21-cr-00139-SEB-TAB-1.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment or 5 to 11 months' imprisonment.

5. The Parties jointly recommended that the conditions of release be modified to include a term of up to 180 days at a residential reentry center, at the discretion of his probation officer.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the condition in the petition, that his supervised release should be modified, and that the conditions of release include a term of up to 180 days at a residential reentry center, at the discretion of the probation officer. The full conditions of release are set forth in the Revocation Parameters Worksheets (Case No. 1:07-cr-00126-SEB-KMB at Dkt. 153-1. Case No. 1:21-cr-00139-SEB-TAB, Dkt. 46-1).

Defendant is to be taken into custody immediately pending the District Judge's action on

this Report and Recommendation. The Magistrate Judge recommends placement at a residential reentry center as soon as a bed becomes available. The Defendant shall remain in the custody of the U.S. Marshals until such time as a bed becomes available at the residential reentry center.

The Parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The Parties waived the fourteen-day period to object to the Report and Recommendation.

**IT IS SO RECOMMENDED.**

Date: 10/2/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

William H. Dazey, Jr.
INDIANA FEDERAL COMMUNITY DEFENDERS
bill.dazey@fd.org

Bradley Paul Shepard
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brad.shepard@usdoj.gov

Electronic Notice to USMS-C

Electronic Notice to USPO