UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-cr-00126-SEB-KMB |
| ) | No. 1:21-cr-00139-SEB-TAB |
| RANDY GELLINGER, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kellie M. Barr's Report and Recommendation that Randy Gellinger's supervised release be modified, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders, that Mr. Gellinger's supervised release be modified, and that the conditions of release include a term of up to 180 days at a residential reentry center, at the discretion of the probation officer. The full conditions of release are set forth in the Revocation Parameters Worksheets (Case No. 1:07-cr-00126-SEB-KMB at Dkt. 153-1. Case No. 1:21-cr-00139-SEB-TAB, Dkt. 46-1).  The Court recommends placement at a residential reentry center as soon as a bed becomes available. The Defendant shall remain in the custody of the U.S. Marshals until such time as a bed becomes available at the residential reentry center.

**SO ORDERED.**

Date: _10/6/2023_

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USM-C

Electronic Notice to USPO